Laurence M. Rosen, Esq. (SBN 219683)
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Counsel for Lead Plaintiffs and the Class

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| BYRON BROWN, TIANQING ZHANG, AND ROBERTO SALAZAR, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>AMBOW EDUCATION HOLDING LTD., JIN HUANG, PAUL CHOW, XUEJUN XIE, MARK ROBERT HARRIS, LISA LO, DANIEL PHILLIPS, TAO SUN AND SASHA CHANG<br><br>Defendants. | CASE No.: 12-cv-5062 PSG (AJW)<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION AND MOTION FOR ENTRY OF ORDER PRELIMINARY APPROVING SETTLEMENT AND ESTABLISHING NOTICE PROCEDURES**<br><br>Date: December 8, 2014<br>Time: 1:30 p.m.<br>Courtroom: 880<br>Judge: Hon. Philip S. Gutierrez |

Notice Of Motion And Motion For Entry Of Order Preliminarily Approving Settlement And Establishing Notice Procedures

**PLEASE TAKE NOTICE** that on December 8 ,2014, at 1:30 p.m., Lead Plaintiff Tianqing Zhang and Named Plaintiffs Byron Brown and Roberto Salazar ("Plaintiffs") will move this Court, the Honorable Philip S. Gutierrez, United States District Judge of the United States District Court for the Central District of California, Edward R. Roybal Federal Courthouse, 255 East Temple Street, Courtroom 880 – 8th floor, for entry of an Order (a) preliminarily approving the settlement between Plaintiffs and Defendants; (b) certifying a Class for settlement purposes only (c) approving the notice to the Class of the Proposed Settlement, in substantially the same form as the Notice of Proposed Settlement of Class Action; and (d) scheduling a final approval hearing for a date at the Court's convenience. The Defendants do not oppose the relief requested by this motion.

Dated:  October 24, 2014          Respectfully submitted,

                                                    **THE ROSEN LAW FIRM, P.A.**

/s/ Laurence Rosen
_____
Laurence M. Rosen, Esq. (SBN 219683)
THE ROSEN LAW FIRM, P.A.
333 South Grand Avenue, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Counsel for Plaintiffs and the Class

Notice Of Motion And Motion For Entry Of Order Preliminarily Approving Settlement And Establishing Notice Procedures

# CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of the Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On October 24, 2014 I caused to be electronically filed the following

**NOTICE OF MOTION AND MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND ESTABLISHING NOTICE PROCEDURES**

with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on October 24, 2014

/s/ Laurence Rosen
Laurence M. Rosen