Laurence M. Rosen, Esq. (SBN 219683)
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Lead Counsel for Lead Plaintiff and the Class

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| BYRON BROWN, TIANQING ZHANG, AND ROBERTO SALAZAR, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>AMBOW EDUCATION HOLDING LTD., JIN HUANG, PAUL CHOW, XUEJUN XIE, MARK ROBERT HARRIS, LISA LO, DANIEL PHILLIPS, TAO SUN AND SASHA CHANG<br><br>Defendants. | CASE No.: 12-cv-5062 PSG (AJW)<br><br><u>CLASS ACTION</u><br><br>**PLAINTIFFS' REPLY IN FURTHER SUPPORT OF NOTICE OF MOTION FOR: (1) FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION; AND (2) AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**<br><br>Date: March 16, 2015<br>Time: 1:30 p.m.<br>Courtroom: 880<br>Judge: Hon. Philip S. Gutierrez |

1

Plaintiffs, by and through their undersigned counsel, respectfully submit this reply to address objections and opt-outs that have been received since the filing of Plaintiffs' opening papers on February 13, 2015.

<u>No objections</u>. The deadline to submit objections to the Settlement was February 24, 2015. No objections have been submitted. *See* Supplemental Declaration of Josephine Bravata filed herewith ("Supp. Bravata Decl."), ¶5.

<u>No requests for exclusion</u>. The deadline to submit a request for exclusion was February 15, 2015. No valid requests for exclusion have been submitted *See* Supp. Bravata Decl., ¶4.

***The Reaction Of The Class Overwhelmingly Supports Final Approval of the Settlement and Requested Fees and Expenses***

In summary, over 5,242 claim forms have been mailed to potential class members—which include sophisticated institutional and professional investors. Supp. Bravata Decl., ¶3. No objections or valid requests for exclusion have been submitted.

Given these facts, the reaction of the Settlement Class supports final approval and the requested fees and expenses. *See Hanlon v. Chrysler Corp.*, 150 F.3d 1011, 1027 (9th Cir. 1998) (that the "overwhelming majority" stayed in the class is "objective positive commentary as to its fairness"); *In re Mego Fin. Corp. Sec. Litig.*, 213 F.3d 454, 459 (9th Cir. 2000) (district court did not err in approving a settlement where there was a handful of objectors and one opt-out in a 5,400 member class); *Petrovic v. AMOCO Oil Co..* 200 F.3d 1140, 1152 (8th Cir. 1999) (approving settlement where "fewer than 4 percent of the class members objected to the settlement"); *Stoetzner v. U.S. Steel Corp*., 897 F.2d 115, 118-19 (3d Cir. 1990) (Twenty-nine objections out of 281 class members "strongly favors settlement").

2

Plaintiffs' Reply in Further Support of: 1) Final Approval of Class Action Settlement and Plan of Allocation; and 2) Award of Attorneys' Fees and Reimbursement of Expenses

## CONCLUSION

For all of the foregoing reasons, Plaintiffs respectfully request that the Court finally approve the Settlement and grant the motion for award of counsel fees and reimbursement of expenses and awards to Plaintiff and the Class Representatives.

DATED: March 5, 2015        Respectfully submitted,

**THE ROSEN LAW FIRM P.A.**

/s/ Laurence M. Rosen_____
Laurence M. Rosen (SBN 219683)
Philip Kim (*pro hac vice*)_
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
lrosen@rosenlegal.com

Lead Counsel for Plaintiffs and the Class

3

Plaintiffs' Reply in Further Support of: 1) Final Approval of Class Action Settlement and Plan of Allocation; and 2) Award of Attorneys' Fees and Reimbursement of Expenses

## CERTIFICATE OF SERVICE

I, Sara Fuks, hereby declare under penalty of perjury as follows:

I am an attorney at the the Rosen Law Firm, P.A. I am over the age of eighteen.

On March 5, 2015 I electronically filed the attached **PLAINTIFFS' REPLY IN FURTHER SUPPORT OF NOTICE OF MOTION FOR: (1) FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION; AND (2) AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on March 5, 2015

/s/ Sara Fuks
Sara Fuks

4

Plaintiffs' Reply in Further Support of: 1) Final Approval of Class Action Settlement and Plan of Allocation; and 2) Award of Attorneys' Fees and Reimbursement of Expenses