UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 12-5062-PSG (AJWx) | Date | March 16, 2015 |
| Title | SRIKANTH GUDIMETLA -VS- AMBOW EDUCATION HOLDING LTD., ET AL. | | |

Present: The Honorable   PHILIP S. GUTIERREZ

| Wendy Hernandez | Marea Woolrich |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Phillip Kim | Michelle Lee |
| | Seth Aronson |
| | Lisa Hathaway |

**Proceedings:**   FAIRNESS HEARING

LEAD PLAINTIFFS AND THE CLASS' MOTION IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION
FILED 02/13/15 (DOC. 102)

LEAD PLAINTIFFS AND THE CLASS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARD TO LEAD PLAINTIFF AND CLASS REPRESENTATIVES
FILED 02/13/15 (DOC. 103)

The Court confers with counsel, and advises that an order approving the class settlement will be issued today.

                                                                                              : 02
                                                                              Initials of Preparer    wh